IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: REBECCA HUNTER  CASE NO.: 4:07-13992
  CHAPTER 13

### ORDER DISMISSING CASE

Now before the Court is Debtor's Motion to Dismiss filed by the Debtor on the 28th day of October 2009. The Court has reviewed the motion and pursuant to 11 U.S.C. § 1307(b) it is hereby

**ORDERED** that Debtor's Motion to Dismiss is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated: 11/18/2009

United States Bankruptcy Judge

_____
DATE

Approved by:

Mark T. McCarty
Chapter 13 Trustee

EOD 11/19/2009
by J Fiallos-Flores